# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DARREN DELEON,

Appellant,

v.

NATIONAL WESTERN LIFE INSURANCE CO.,

Appellee.

No. 2D22-4229

———————————————

February 16, 2024

Appeal from the County Court for Sarasota County; Dana Moss, Judge.

Darren DeLeon, pro se.

Walter J. Tache and Stefano Battistoni of Tache, Bronis and Descalzo, P.A., Miami, for Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.